THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ALFREDO MALDONADO-RAMIREZ, *et al.*,<br><br>　　　　　Defendants. | CASE NO. CR21-0174-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendant Jerry Kohl filed a motion (Dkt. No. 185) to withdraw his previously filed ex parte motion to appoint a discovery coordinator (Dkt. No. 169). He has since re-filed that motion in the public docket. (*See* Dkt. No. 186.)

The motion to withdraw the ex parte sealed filing (Dkt. No. 185) is GRANTED. The Clerk is directed to UNSEAL docket entries 169 and 170 and to TERMINATE docket entry 169.

DATED this 14th day of December 2021.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR21-0174-JCC
PAGE - 1