THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSE ALFREDO MALDONADO-RAMIREZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the Government's motion for a protective order governing discovery (Dkt. No. 135). Defendants Jerry Kohl and Jose Bernal do not oppose a protective order but object to aspects of the Government's request which they allege would interfere with the ability of certain defendants to participate in their defense. (*See generally* Dkt. Nos. 144, 149.) Mr. Kohl proposes that the protective order permit incarcerated defendants to use procedures in place at FDC SeaTac for the review of protected discovery material while preventing disclosure. (Dkt. No. 144 at 2.) Mr. Bernal asks that the Government be required to provide a separate set of redacted discovery for him to review, since he lives far from his counsel's office. (Dkt. No. 149 at 1–2.)

MINUTE ORDER
CR21-0174-JCC
PAGE - 1

The Court GRANTS in part the Government's motion for a protective order (Dkt. No. 135), SUSTAINS Mr. Kohl's objection, and OVERRULES Mr. Bernal's objection.

It is further ORDERED that within 21 days, the parties must submit a revised proposed protective order that incorporates Mr. Kohl's proposal to allow for review by incarcerated defendants using FDC SeaTac's procedures for doing so.

When submitting the revised proposed protective order, the parties must note it as a same-day motion, append a redline version showing changes from the Government's original version (Dkt. No. 135-1), and email a clean Word document version to chambers.

DATED this 16th day of December 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk