UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE A. MALDONADO-RAMIREZ, <br><br> Defendant. | CASE NO. CR21-174-JCC <br><br> **ORDER GRANTING MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL** |

The Court GRANTS counsel's motion to withdraw, Dkt. 323, based upon an actual conflict of interests and ORDERS new counsel be appointed to represent Defendant in this case. The clerk shall provide copies the Criminal Justice Act Administrator and the parties.

DATED this 9th day of August, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO
WITHDRAW AND APPOINTING NEW
COUNSEL - 1